

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| BELINDA AND DAVID BEARB | CIVIL ACTION 10-0351 |
| VERSUS | U.S. DISTRICT JUDGE DEE DRELL |
| WAL-MART LOUISIANA, LLC | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion to remand and for attorney fees(DOC. #9) is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _____ day of May, 2010.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**